EVELYN CHASE, Respondent, v. ELIZABETH A. BROWN, Appellant.—
Judgment and order of the County Court of Kings county unanimously
affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich,
Putnam and Kelly, JJ.

JOHN CURRAN, as Administrator, etc., of ELIZABETH CURRAN, Deceased,
Respondent, v. THE WHITE PLAINS PLUMBING SUPPLY COMPANY, INC.,
Appellant.— Judgment and order unanimously affirmed, with costs. No
opinion. Present — Jenks, P. J., Mills, Rich, Putnam, and Kelly, JJ.

EDWIN W. FISKE, Doing Business as EDWIN W. FISKE REALTY COMPANY,
Respondent, v. GRACE B. SIMMS, Appellant.— Judgment and order of the
City Court of Mount Vernon unanimously affirmed, with costs. No opinion.
Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

CHARLES E. FLOOD, as Administrator, etc., of MARGARET M. FLOOD,
Deceased, Respondent, v. GOTHAM CAN COMPANY, Appellant.— Order
unanimously affirmed, with costs. No opinion. Present — Jenks, P. J.,
Mills, Rich, Putnam and Kelly, JJ.

JEROME GOLDBERG and ISIDORE GOLDBERG, Copartners, etc., Respondents,
v. " MAX " HIGHLIEB, First Name " Max " Fictitious, etc., as President, and
Another, as Treasurer, of Fancy Leather Goods Workers' Union, and Others,
Appellants.— Order affirmed, with ten dollars costs and disbursements.
No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

ALICE HAEDRICH, Respondent, v. LOUIS HAEDRICH, Appellant.— Order
affirmed, with ten dollars costs and disbursements, and stay of October
fourth, granted pending appeal, vacated. No opinion. Jenks, P. J., Mills,
Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Application of RALPH J. D'AMATO, Appellant,
Requiring the REPUBLICAN COMMITTEE OF KINGS COUNTY, Respondent, to
Consider and Act on His Nomination as Member of the Said Committee
from the Fourth Election District of Kings County.— Order affirmed, with
ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills,
Rich, Putnam and Kelly, JJ., concur.

In the Matter of the Application for Letters of Guardianship of the Person
and Property of ELLEN C. LAMBERT and EMMA H. LAMBERT, Infants under
the Age of Fourteen Years. DORA EDWARDS, Appellant; JOE RIEGLINGER,
Respondent.— Order of the Surrogate's Court of Westchester county
affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam
and Kelly, JJ., concur.

In the Matter of the Application for the Appointment of a Committee
of the Person and Property of REBECCA M. WILKINS, an Alleged Incompetent
Person, Appellant. BERTRAM G. EADIE, Committee, etc., Respondent.—
Order of the County Court of Richmond county denying motion to vacate
order for commission in incompetency proceedings and the proceedings had
thereunder reversed, with ten dollars costs and disbursements, and motion
granted. The proceedings were, to say the least, irregular and void, owing
to lack of notice to the alleged incompetent. Jenks, P. J., Mills, Putnam,
Blackmar and Kelly, JJ., concur. Settle order on notice.